

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT ALEXANDER CARDONA-LOPEZ,<br><br>Defendant. | Case No.: 17-CR-00643-BEN<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE; BOND EXONERATION** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice. Bond is hereby exonaerated.

IT IS SO ORDERED.

DATED: September 24, 2018

HONORABLE ROGER T. BENITEZ
United States Magistrate Judge